Nos. 471 and 472. UNITED STATES ET AL. *v.* BANKERS TRUST Co. ET AL. November 5, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the

Eighth Circuit granted. *Solicitor General Biggs, Assistant Solicitor General MacLean,* and *Messrs. Stanley Reed* and *John T. Fowler, Jr.,* for the United States et al. *Messrs. James H. McIntosh, Edward J. White,* and *Clifton P. Williamson* for respondents.